UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMSON WOUBETU, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | )  Civil Action No. 23-0949 (UNA) |
| | ) |
| DSK MARIAM ETHIOPIAN | ) |
| ORTHODOX TEWAHIDO | ) |
| CHURCH PEOPLE, | ) |
| | ) |
| *Defendant*. | ) |

### MEMORANDUM OPINION

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court grants the application and, for the reasons discussed below, the dismisses the complaint.

A *pro se* litigant's pleading is held to less stringent standards than would be applied to a formal pleading drafted by lawyer. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense, and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

Generally, plaintiff alleges that the priest and members of his church refuse to give him money, talk to him, or allow him to eat in the dining room; they also beat him, insult him, and watch him on camera.  Missing from the complaint, however, is a statement establishing a basis for this Court's jurisdiction, a statement of claim or a demand for relief.  As drafted, the complaint fails to comply with the minimum pleading standard set forth in Rule 8(a) and, therefore, must be dismissed.   A separate order will issue.


DATE: April 19, 2023                                            /s/
                                                                TANYA S. CHUTKAN
                                                                United States District Judge